# Exhibit "G"


FINRA
Financial Industry Regulatory Authority

# FINRA Dispute Resolution

## Order

**Case Number:** 16-00033

**Case Name:** Esleem Capital Group LLC vs Mihir & Patel & Auerlge USA vs M. Alstyne & Evan Schwartzberg

**Issues Addressed:** (ie., name of motion or request, by which party) See attachment A

**Pre-Hearing Conference Held?:** ● Yes   ○ No   (circle one)

**Date/Time:** 3/26/17 2:30PM

Participating in the conference were:

**Chairperson:** Julian F Santos

**Panelist:** Paul George Huck

**Panelist:** John Caracciolo

**Claimant's Representative:** Eric Stern, Eric Seidenberg

**#1 Respondent's Representative:** Jeffrey Plotkin

**#2 Respondent's Representative:** Gary Trachten, D Sayonara

**FINRA Dispute Resolution Staff:** Arthur Baumgartner

**Decided by:** ○ Chairperson  ● Panel   (circle one)

**Rulings:**[1]

After considering the pleadings submitted by the parties (and oral arguments, if pre-hearing conference held), the Panel/Chairperson rules as follows:

---

[1] If more space is needed, add additional pages.

1. \
2.  } *See attachment A*
3. /

The parties should comply with this order by _____

If the parties settle this matter prior to the hearing, the forum fees for this pre-hearing conference (or discovery-related motion decided without a pre-hearing conference) are assessed as follows:

50 % to Claimant(s), jointly and severally
50 % to Respondent(s), jointly and severally
_____ % assessed to _____
_____ % assessed to _____
_____ % assessed to _____
_____ % assessed to _____

*Julian F. Santos*    Date: 3/21/17
Chairperson,
On behalf of the Arbitration Panel

Revised 11/12/15

FINRA # 16-00033 Odeon Capital Group vs. Mihir J. Patel and Aurega USA vs. Mathew Van Alstyne and Evan Schwartzberg

ATTACHMENT A

A PHC call was held on Monday, March 20th, 2017 at 2:30 PM to hear arguments in connection with

1) A Motion to Dismiss Odeon's claim by Auriga dated 1/17/2017

2) A Motion to Dismiss Odeon's claim by Patel dated 1/20/2017

3) A Motion by Odeon to compel production of documents by Auriga dated 1/30/2017 and

4) a Motion by Patel to compel production of documents by Odeon dated 3/6/2017.

Participants were Eric Stern and Eric Seidenberg for Odeon, Gary Trachten and D. Sayonara for Mihir Patel, Jeffrey Plotkin for Auriga, FINRA representative Arthur Baumgartner and Arbitrators John Caracciolo, Paul George Huck and Julian F. Santos.

After hearing arguments from the parties and reviewing the submissions in connection with the motions delineated above, the Panel rules as follows.

Auriga's Motion to Dismiss is denied. The associated motion for sanctions is denied with leave to apply at the hearings.

The Patel Motion to Dismiss is denied. The associated motion for sanctions is denied with leave to apply at the hearings.

Odeon's Motion to Compel production of documents is granted for the period from 11/1/2015 to 3/31/2016. Responses are due 4/1/2017.

Patel's Motion to Compel production of documents between Mathew Van Alstyne, Evan Schwartzberg and others at Odeon concerning Mr. Patel, including email correspondence is granted. Responsive documents or certification that no such documents exist due no later than4/1/2017.