UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ )
In the Matter of Arbitration of Certain )
Controversies between )
                                                                       )    1:18-cv-01238 (RWS)
ODEON CAPITAL GROUP LLC, )
                                                                       )
                    Petitioner, )    **Rule 7.1 Statement**
                                                                       )
               -and- )
                                                                       )
AURIGA USA, LLC, )
                                                                       )
                   Respondent. )
------------------------------------------------------------ )

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Auriga USA, LLC, (a private, non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, none of which are publicly held:

Auriga Holdings, LLC
Auriga Special Holdings, LLC
Xzerta Holdings, LLC
Ash Talf, Inc.
Auriga Capital Investment, S.L.
Marfeco, S.L.
Iresco Inversiones, S.L.
Auriga Services, LLC

|  |  |
|---|---|
| Dated:  March 7, 2018<br>          Stamford, Connecticut | Respectfully submitted,<br><br>FINN DIXON & HERLING LLP<br><br>By: ___/s/ Jeffrey Plotkin___<br>          Jeffrey Plotkin (JP1859)<br>          Evan I. Cohen(EC3932)<br>          jplotkin@fdh.com<br>          ecohen@fdh.com<br>          Six Landmark Square<br>          Stamford, Connecticut 06901<br>          Tel: (203) 325-5000<br>          Fax: (203) 325-5001<br><br>    *Attorneys for Respondent Auriga USA, LLC* |

## **CERTIFICATION**

I hereby certify that on March 7, 2018, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

By: /s/ Jeffrey Plotkin
Jeffrey Plotkin (JP1859)
FINN DIXON & HERLING LLP
Six Landmark Square
Stamford, CT 06901
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: jplotkin@fdh.com
