UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of Arbitration of Certain Controversies between | )<br>)<br>) |
| ODEON CAPITAL GROUP LLC, | ) 1:18-cv-01238 (RWS)<br>) |
| Petitioner, | )<br>) |
| -and- | )<br>) |
| AURIGA USA, LLC, | )<br>) |
| Respondent. | )<br>) |

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT Evan I. Cohen of Finn Dixon & Herling LLP, a member of this Court in good standing, hereby enters an appearance as counsel for respondent Auriga USA, LLC in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served on the undersigned.

Dated: March 7, 2018

                Respectfully submitted,

                FINN DIXON & HERLING LLP

                By:   /s/ Evan I. Cohen
                   Evan I. Cohen (EC3932)
                   ecohen@fdh.com
                   Six Landmark Square
                   Stamford, Connecticut 06901
                   Tel: (203) 325-5000
                   Fax: (203) 325-5001

               *Attorney for Respondent Auriga USA, LLC*

## CERTIFICATION

I hereby certify that on March 7, 2018, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

By: /s/ Evan I. Cohen<br>
Evan I. Cohen (EC3932)<br>
FINN DIXON & HERLING LLP<br>
Six Landmark Square<br>
Stamford, CT  06901<br>
Tel: (203) 325-5000<br>
Fax: (203) 325-5001<br>
E-mail: ecohen@fdh.com