```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
ODEON CAPITAL GROUP LLC,
                                              18 Civ. 1238 (RWS)
          Petitioner,
                                              ORDER
     - against -

AURIGA USA, LLC,

          Respondent.
-------------------------------------X
```

**Sweet**, D.J.

Petitioner's motion to vacate arbitration award, dated February 12, 2018, shall be heard at 12:00PM on Wednesday, March 21, 2018 in Courtroom 18C, United States Courthouse, 500 Pearl Street.

It is so ordered.

**New York, NY**
**March 8, 2018**

_____
ROBERT W. SWEET
U.S.D.J.


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/8/18