UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

Odeon Capital Group LLC     Plaintiff,     Case No. 18-cv-01238 (RWS)

-against-

Auriga USA, LLC     Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Jeffrey Plotkin
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JP1859     My State Bar Number is 2122430

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Day Pitney, L.L.P.
              FIRM ADDRESS: 7 Times Square, New York, New York 10036
              FIRM TELEPHONE NUMBER: 212-297-5815
              FIRM FAX NUMBER: 2212-916-2940

NEW FIRM:     FIRM NAME: Finn Dixon & Herling LLP
              FIRM ADDRESS: Six Landmark Square, Stamford, CT 06901
              FIRM TELEPHONE NUMBER: 203-325-5000
              FIRM FAX NUMBER: 203-325-5001

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 3/12/2018

_____
ATTORNEY'S SIGNATURE