UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Odeon Capital Group LLC         Plaintiff,

Case No. 18-cv-01238 (RWS)

-against-

Auriga USA, LLC                  Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Rebecca Morrow**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: RM7182          My State Bar Number is 5116967

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Schulte Roth & Zabel LLP
            FIRM ADDRESS: 919 Third Avenue, New York, New York 10022
            FIRM TELEPHONE NUMBER: 212-756-2421
            FIRM FAX NUMBER: 212-593-5955

NEW FIRM:   FIRM NAME: Finn Dixon & Herling LLP
            FIRM ADDRESS: Six Landmark Square, Stamford, CT 06901
            FIRM TELEPHONE NUMBER: 203-325-5000
            FIRM FAX NUMBER: 203-325-5001

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 3/12/2018

*Rebecca Morrow*
ATTORNEY'S SIGNATURE