UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

Odeon Capital Group LLC      Plaintiff,     Case No. 18-cv-01238 (RWS)

-against-

Auriga USA, LLC              Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Evan I. Cohen**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: EC3932         My State Bar Number is 4614889

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Finn Dixon & Herling LLP
             FIRM ADDRESS: 177 Broad Street, Stamford, Connecticut 06901
             FIRM TELEPHONE NUMBER: 203-325-5000
             FIRM FAX NUMBER: 203-325-5001

NEW FIRM:    FIRM NAME: Finn Dixon & Herling LLP
             FIRM ADDRESS: Six Landmark Square, Stamford, CT 06901
             FIRM TELEPHONE NUMBER: 203-325-5000
             FIRM FAX NUMBER: 203-325-5001

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 3/13/2018

ATTORNEY'S SIGNATURE