

**FINN DIXON & HERLING**

ATTORNEYS AT LAW

Evan I. Cohen
(203) 325-5069
ecohen@fdh.com

March 22, 2018

**Via ECF:**

Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18C
New York, NY 10007-1312

```
USDC SDNY
DOC...
...          ...LED
DATE FILED: 3-23-18
```

    Re:   *Odeon Capital Group LLC v. Auriga USA, LLC*
          Civil Action No. 1:18-cv-01238-RWS

Dear Judge Sweet:

    On behalf of Respondent Auriga USA, LLC ("Auriga"), we write regarding the oral argument that had previously been scheduled for Wednesday, March 21, 2018 in the above captioned matter (the "Oral Argument"). Due to inclement weather, the United States District Court for the Southern District of New York was closed on March 21, 2018, and the Oral Argument was cancelled. Pursuant to directions from Your Honor's clerk, counsel for Auriga has conferred with counsel for Odeon, and both parties are available on Wednesday, March 28, 2018 and respectfully request that the Oral Argument be re-scheduled for that date.

    Thank you for your attention to this matter.

Respectfully yours,

*/s/ Evan I. Cohen*

Evan I. Cohen

cc:    All counsel of record via ECF

*So ordered*
*Sweet USDJ*
*3.22.18*

FINN DIXON & HERLING LLP • SIX LANDMARK SQUARE, STAMFORD, CT 06901-2704 • T 203.325.5000 • F 203.325.5001 • WWW.FDH.COM