UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ODEON CAPITAL GROUP LLC,

       Petitioner,

 v.

AURIGA USA, LLC,

       Respondent.



Case No. 1:18-cv-01238-RWS

**[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed without prejudice pursuant to pursuant to Rule 4l(a)(2) of the Federal Rules of Civil Procedure. The parties shall bear their own attorney's fees and costs

Dated this ___ day of March, 2018.

_____
Robert W. Sweet
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/18